UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:19-cv-01716-JLS-DFM                                    Date: July 26, 2021
Title: San Diego Gulls Hockey Club, LLC v. ECHL, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE AMENDED SUMMARY JUDGMENT BRIEF**

    Defendant's Motion for Summary Judgment is currently scheduled for hearing on August 6, 2021. (*See* Doc. 38.) On July 16, 2021, the Court issued an order noting that Defendant's opening brief violates Local Rule 11-8 and requiring Defendant to file an amended brief, with the new docket entry attaching all documents originally submitted in support of the motion. (Doc. 51.) Defendant's deadline has passed and, as of the date of this Order, no amended brief has been filed.

    Accordingly, the Court ORDERS Defendant to show cause, no later than **July 29, 2021**, for its failure to comply with the Court's order. Failure to timely and adequately respond to this Order may result in the motion being stricken from the docket or monetary sanctions being imposed. The Court will consider the filing of an amended brief that complies with Local Rule 11-8 and the Court's July 16 Order an adequate response.

                                                              Initials of Deputy Clerk: mku