1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11    |                                          CASE NO. 8:19-cv-01716-JLS-DFM
12
13    SAN DIEGO GULLS HOCKEY CLUB,               **JUDGMENT**
      LLC, a California limited liability company,
14                    Plaintiff,
15    vs.
16
      ECHL INC., a Virginia corporation, and
17    DOES 1 to 10, inclusive,
18                    Defendant.
19
20
21
22
23
24
25
26
27
28

1

**PURSUANT TO THIS COURT'S AUGUST 23, 2021 ORDER GRANTING DEFENDANT ECHL INC.'S MOTION FOR SUMMARY JUDGMENT, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in favor of Defendant ECHL Inc. and against Plaintiff San Diego Gulls; and

2. Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules 54-2 and 54-3, Defendant ECHL is entitled to recover its costs incurred in this action.

DATED: September 03, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE